# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-24-00774-CR
NO. 03-24-00775-CR
NO. 03-24-00776-CR
NO. 03-24-00781-CR

**Joe Angel Morales, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
## NOS. CR2023-623B, CR2023-624B, CR2024-068B, & CR2024-069B,
## THE HONORABLE TRACIE WRIGHT-RENEAU, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant's briefs were originally due May 5, 2025. After this Court granted multiple motions requesting extensions of time to file his briefs, appellant's briefs were due September 19, 2025. In granting the most recent extensions, this Court advised counsel that no further extensions would be granted and that failure to file the briefs by the due date would result in the referral of these cases to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure. To date, no briefs have been received.

The appeals are abated and remanded to the trial court. The trial court shall conduct a hearing to determine whether appellant desires to prosecute these appeals and, if so,

whether counsel has abandoned these appeals. *See* Tex. R. App. P. 38.8(b)(2), (3). The court shall make appropriate written findings and recommendations. *See id.* R. 38.8(b)(2), (3). If necessary, the court shall appoint substitute counsel who will effectively represent appellant in these appeals. Following the hearing, which shall be transcribed, the trial court shall order the appropriate supplemental clerk's and reporter's records—including all findings and orders—to be prepared and forwarded to this Court no later than October 24, 2025. *See id.* R. 38.8(b)(3).

It is so ordered October 7, 2025.

Before Justices Triana, Kelly, and Theofanis

Abated and Remanded

Filed: October 7, 2025

Do Not Publish